IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ALBERT LEWIS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 14-0004-CV-W-REL |
| KANSAS CITY CHIEFS FOOTBALL CLUB, | ) |
| Defendant. | ) |

**ORDER**

Before the court is a motion to extend the deadline for filing an answer until after an anticipated motion to remand and the pending motion to stay are ruled or, in the alternative, until February 10, 2014.

It is

ORDERED that the motion to stay is granted. It is further

ORDERED that the deadline for filing an answer is extended to February 10, 2014.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
January 6, 2014